UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

*Electronically Filed*

| | |
|---|---|
| ESTATE OF DAMIEN PINNICK, SPECIAL ADMINISTRATOR, CYNTHIA PINNICK | : : : : |
| Plaintiff, | : : |
| vs. | : CAUSE NO. 4:24-cv-00026-TWP-KMB : |
| LAWRENCE COUNTY SHERIFF'S DEPARTMENT A/K/A/ GREG DAY, ADVANCED CORRECTIONAL HEATHCARE, INC., MELODY HOLT, ROY WASHINGTON, JOHN TARRANTS, JOHN PETERS, and JARED BILLS, | : : : : : : : : |
| Defendants. | : |

**STIPULATION OF DISMISSAL
AND JOINT MOTION TO ENTER ORDER OF DISMISSAL**

Come Plaintiff, Estate of Damien Pinnick, Special Administrator, Cynthia Pinnick, by Counsel, and all Defendants, by respective Counsel, and hereby notify the Court that they have stipulated to the dismissal of Defendants, Lawrence County Sheriff's Department a/k/a Greg Day, John Tarrants, John Peters, and Jared Bills, with prejudice, and jointly move the Court to enter the Proposed Order separately tendered herewith. Plaintiff and Defendants Lawrence County Sheriff's Department a/k/a Greg Day, John Tarrants, John Peters, and Jared Bills have further stipulated and agreed that between each of them, they shall bear their own fees and costs. Finally, the parties have agreed that this Stipulation shall not have any preclusive or other effect upon claims for contractual indemnity, breach of contract, insurance coverage, defense fees and costs, or any other appropriate

relief by and between Defendants Lawrence County Sheriff's Department and Advanced Correctional Healthcare, Inc.

**STIPULATED AND AGREED TO:**

*/s/ Charles C. Hayes (with permission)*
_____
Charles C. Hayes, Esq.
Jane H. Ruemmele, Esq.
Hayes Ruemmele, LLC
22 E. Washington Street, Ste. 610
Indianapolis, IN 46204
Charles@chjrlaw.com
Jane@chjrlaw.com

and

Steven P. Lammers, Esq.
Lammers Law Group LLC
880 Monon Green Blvd Suite 101
Carmel, IN 46032
slammers@lammerslawgroup.com
*Counsel for Plaintiff, Estate of Damien Pinnick, Special Administrator, Cynthia Pinnick*

*/s/ Justin M. Schaefer*
_____
Justin M. Schaefer, Esq.
Patrick A. Muldoon, Esq.
Barnes Maloney PLLC
401 West Main Street, Suite 1600
Louisville, KY 40202
jschaefer@sbmkylaw.com
pmuldoon@sbmkylaw.com
*Counsel for Defendants, Lawrence County Sheriff's Department a/k/a Greg Day, John Tarrants, John Peters, and Jared Bills*

*/s/ Carol A. Dillon (with permission)*
_____
Carol A. Dillon, Esq.
Travis W. Montgomery, Esq.
Bleeke Dillon Crandall, P.C.
8470 Allison Pointe Blvd., Ste. 420
Indianapolis, IN 46250-4365
carol@bleekedilloncrandall.com
travis@bleekedilloncrandall.com
*Counsel for Defendants, Advanced Correctional Healthcare, Inc., Melody Holt, and Roy Washington*