UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ESTATE OF DAMIEN PINNICK SPECIAL ADMINISTRATOR, CYNTHIA PINNICK, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 4:24-cv-00026-TWP-KMB<br>) |
| LAWRENCE COUNTY SHERIFF DEPARTMENT a/k/a Greg Day, ADVANCED CORRECTIONAL HEALTHCARE, INC., JARED BILLS, JOHN TARRANTS, JOHN PETERS, MELODY HOLT, ROY WASHINGTON, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER OF DISMISSAL

The Stipulations of Dismissal between Plaintiff, Estate of Damien Pinnick, Special Administrator, Cynthia Pinnick, and Defendants, Lawrence County Sheriff's Department a/k/a Greg Day, John Tarrants, John Peters, Jared Bills, Melody Holt, Roy Washington, and Advanced Correctional Healthcare, Inc., has been submitted for the consideration of the Court. Being fully advised, and it appearing to the Court that all claims in this action brought by Plaintiff have now been fully resolved, the Court, finds the terms proper pursuant to Fed. R. Civ. P. 41(a)(2), and **APPROVES** the Stipulations of Dismissal between Plaintiff and Defendants, Lawrence County Sheriff's Department a/k/a Greg Day, John Tarrants, John Peters, Jared Bills, Melody Holt, Roy Washington, and Advanced Correctional Healthcare, Inc. Dkts. 63, 64, 65.

**IS HEREBY ORDERED** that this cause of action is **DISMISSED,** with prejudice, with the parties to pay their own costs, expenses, and attorney fees, except as otherwise expressly stipulated between them.

**IT IS SO ORDERED.**

Date: 6/6/2025

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Carol A. Dillon
BLEEKE DILLON CRANDALL, P.C.
carol@bleekedilloncrandall.com

Charles C. Hayes
HAYES RUEMMELE LLC
charles@chjrlaw.com

Steven P. Lammers
Lammers Law Group LLC
slammers@lammerslawgroup.com

Travis W. Montgomery
Bleeke Dillon Crandall, P.C.
travis@bleekedilloncrandall.com

Patrick Muldoon
BARNES MALONEY PLLC
pmuldoon@sbmkylaw.com

Justin M. Schaefer
BARNES MALONEY PLLC
jschaefer@sbmkylaw.com